JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ALAN E. SALZMAN; TIARA SALZMAN, | Case No. 2:22-cv-08584-MCS-JC |
|---|---|
| Plaintiffs, | **JUDGMENT** |
| v. | |
| NORTH LIGHT SPECIALTY INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; DOES 1–50, | |
| Defendants. | |

1

1    Pursuant to the Court's Order Re: Defendant's Motion to Dismiss Second
2 Amended Complaint, it is ordered, adjudged, and decreed that judgment is entered in
3 favor of Defendants North Light Specialty Insurance Company and Allstate Property
4 and Casualty Insurance Company and against Plaintiffs Alan E. Salzman and Tiara
5 Salzman. The second amended complaint is dismissed without leave to amend.
6 Plaintiffs shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: July 11, 2023

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE